MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSE BOCCHIERI,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC, a Foreign Limited-Liability Company; ALBERTSON'S DOE MANAGER ("Nicholas"); DOE EMPLOYEE; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No. 2:22−cv−00176−GMN−DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**( FIRST REQUEST)** |

        Defendant ALBERTSON'S, LLC, ("Defendant") and Plaintiff ROSE BOCCHIERI ("Plaintiff"), by and through their respective counsel, and pursuant to Local Rule 26-3, stipulate to modify their discovery plan as follows:

        1.    Plaintiff filed her Complaint in the Eighth Judicial District Court for Clark County, Nevada on October 21, 2021. Defendant ALBERTSON'S, LLC. removed said case to the U.S. District Court for the District of Nevada on January 31, 2022. (ECF 1).

1

2. The parties conducted a F.R.C.P. 26 conference on March 8, 2022, and in compliance with F.R.C.P. 26(f) and LR 26-1(e), filed their initial Stipulated Discovery Plan and Scheduling Order on March 29, 2022. (ECF No. 11).

4. On March 29, 2022, the Magistrate approved the following discovery plan (ECF No. 11):

| | |
|---|---|
| Last day to amend pleadings/add parties: | August 5, 2022 |
| Plaintiff's expert disclosure: | September 3, 2022 |
| Defendant's expert disclosure | August 4, 2022 |
| Rebuttal expert disclosure: | October 3, 2022 |
| Last day of discovery: | November 3, 2022 |
| Dispositive motions: | December 3, 2022 |
| Joint Pretrial Order: | January 2, 2023 |

5. Excusable Neglect. There is good cause to extend the deadlines. The parties have been working together to complete pertinent depositions in this matter before the discovery cut-off. However, with conflicting schedules and upcoming holidays these have been difficult to schedule. Additionally, Plaintiff is still treating for her injuries. The parties hereby need more time to gather additional medical records and take the remaining depositions in this matter.

6. The proposed schedule for completion of remaining discovery (extension of remaining deadlines by approximately sixty (60) days):

| | |
|---|---|
| Last day to amend pleadings/add parties: | Closed |
| Plaintiff's expert disclosure: | Closed |
| Defendant's expert disclosure | Closed |
| Rebuttal expert disclosure: | Closed |
| Last day of discovery: | January 3, 2023 |
| Dispositive motions: | February 3, 2023 |
| Joint Pretrial Order: | March 6, 2023 |

7. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

    a. <u>Discovery Completed</u>:

        i. Initial disclosures of witnesses and documents and supplements thereto have been exchanged;

        ii. Plaintiff served her 1st through 4th Supplemental Disclosure;

        iii. Defendant propounded written discovery;

        iv. Plaintiff responded to the written discovery

        v. Plaintiff's expert conducted an inspection of the location where Plaintiff alleges, she tripped and fell;

        vi. Plaintiff has propounded written discovery;

        vii. Defendant obtained Plaintiff's authorizations for medical records;

        viii. Plaintiff's deposition was completed;

        ix. Deposition Albertson's Front-End Manager was completed and

        x. Plaintiff noticed the deposition of Defendant's F.R.C.P. 30(b)(6) witness for November 22, 2022; Defendant is producing two separate 30(b) witnesses and the parties are trying to schedule the second witness.

    b. <u>Discovery that remains to be completed</u>:

Additional time is needed for the following discovery;

        i. Deposition of Defendant's F.R.C.P. 30(b)(6) witnesses, the parties' fact witnesses,

        ii. Deposition of Plaintiff's treating physicians

        iii. Depositions of experts;

        ii. Plaintiff medical records from her ongoing treatment.

    c. <u>Reasons why discovery was not completed</u>:

3

The parties are working to set and complete depositions. However, with conflicting schedules and upcoming holidays these have been difficult to schedule.  Additionally, Plaintiff is still treating for her injuries.  Also, the backlog that developed and apparently still exists from the COVID-19 pandemic has resulted in significantly slower responses from the providers.  The parties hereby need more time to gather additional medical records and take the remaining depositions in this matter. Accordingly, good cause exists for an extension of the discovery deadlines by sixty (60) days is necessary.

          d.    <u>Proposed schedule for completion of remaining discovery</u> (extension of remaining deadlines by approximately 60 days):

| | |
|---|---|
| Last day to amend pleadings/add parties: | Closed |
| Plaintiff's expert disclosure: | Closed |
| Defendant's expert disclosure | Closed |
| Rebuttal expert disclosure: | Closed |
| Last day of discovery: | January 3, 2023 |
| Dispositive motions: | February 3, 2023 |
| Joint Pretrial Order: | March 6, 2023 |

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 2nd day of November 2022.       DATED this 2nd day of November 2022.

MOSS BERG INJURY LAWYERS       BACKUS & BURDEN

 /s/ **Marcus A, Berg**                     /s/  **Jack P. Burden**

MARCUS A. BERG, ESQ.       Jack P. Burden, Esq.
Nevada Bar No.       Jacquelyn Franco, Esq.
JOHN C. FUNK, ESQ.       3050 South Durango
Nevada Bar No.       Las Vegas, NV 89117
4101 Meadows Lane, Ste. 110       Attorneys for Defendant Albertson's
Las Vegas, NV 89107
*Attorneys for Plaintiff*

    **IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE