Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
*Albertsons LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSE BOCCHIERI, | ) **2:22-cv-00176-GMN-DJA** |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR DEFENDANT'S REPRESENTATIVE TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE [AND ~~PROPOSED~~ ORDER]** |
| ALBERTSONS LLC, Foreign Limited-Liability Company; ALBERSONS DOE MANAGER ("Nicholas"); DOE EMPLOYEE; DOES II through X; and DOE CORPORATION K through X, inclusive, | ) |
| Defendants. | ) |

Defendant ALBERTSONS LLC, hereby requests that its representative be permitted to appear remotely at the Settlement Conference, scheduled for Wednesday, June 28, 2023, at 10:00am, via Zoom or other electronic means. Defendant's Corporate Representative, Betty Hanger, Litigation Consultant for Third-Party Administrator Sedgwick Claims Management Services resides in Arizona and is unable to travel for the Settlement Conference.

. . . .

. . . .

. . . .

Case No. 2:22-cv-00176-GMN-DJA

This Request is stipulated and agreed to by both parties.

| BACKUS | BURDEN | MOSS BERG INJURY LAWYERS |
|---|---|

/s/ Jacquelyn Franco
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 S. Durango Dr.
Las Vegas, NV 89117
*Attorneys for Defendant*

/s/ Marcus Berg
Marcus Berg, Esq.
Nevada Bar No. 9760
John Funk, Esq.
Nevada Bar No. 9255
4101 Meadows Lane, Suite 110
Las Vegas, NV 89107
*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED**. The court will provide an email with a link to appear via Zoom video in advance of the settlement conference. Ms. Hanger must use this link to appear during the court's initial introduction. However, once individual caucuses begin, defendant's counsel will be required to establish a remote connection through a personal laptop or cellular telephone so that Ms. Hanger may participate in the individual caucus. Defendant's counsel shall include Ms. Hanger's email address in their settlement conference statement.

DATED this 6th day of June, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE