Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
*Albertsons LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE BOCCHIERI, | ) **2:22-cv-00176-GMN-BNW** |
| Plaintiff, | ) |
| vs. | ) **STIULATION AND ORDER** |
| | ) **RE DISMISSAL WITH PREJUDICE** |
| ALBERTSONS LLC, Foreign Limited- | ) |
| Liability Company; ALBERSONS DOE | ) |
| MANAGER ("Nicholas"); DOE | ) |
| EMPLOYEE; DOES II through X; and DOE | ) |
| CORPORATION K through X, inclusive, | ) |
| Defendants. | ) |

Plaintiff ROSE BOCCHIERI, by and through her counsel of record Marcus Berg, Esq. and John C. Funk, Esq, of MOSS BERG INJURY LAWYERS and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: June 7, 2024

**BACKUS | BURDEN**

      /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant*
*Albertson's LLC*

DATED: June 7, 2024

**MOSS BERG INJURY LAWYERS**

      /s/ Marcus A. Berg
MARCUS A. BERG, ESQ.
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
john@mossberglv.com
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
*Attorney for Plaintiff*
*Rose Bocchieri*

**ORDER re Case No.: 2:22-cv-00176-GMN-BNW**

**ORDER**

**IT IS SO ORDERED.** The Clerk of Court is kindly instructed to close the case.

_____

Dated this 10 day of June, 2024.

Respectfully Submitted,
Backus | Burden

By: ___/s/ Jack P. Burden___
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*

2